# EXHIBIT 1



**callief95 (2953161520)** — Sent 2/24/2020 3:46:56 AM
Lol thank you

**callief95 (2953161520)** — Sent 2/24/2020 3:55:52 AM
Okay well ig I can say it now but I do have a bf and my friend thinks you're "really ridiculously cute af"

**a▉▉▉ (1496818798)** — Received 2/24/2020 3:58:15 AM
which frind

**a▉▉▉ (1496818798)** — Received 2/24/2020 3:58:28 AM
i would like to talk to his girl

**callief95 (2953161520)** — Sent 2/24/2020 3:58:46 AM
I'll get a couple pictures of her

**a▉▉▉ (1496818798)** — Received 2/24/2020 4:00:15 AM
oki bet

**a▉▉▉ (1496818798)** — Received 2/24/2020 4:00:22 AM
when did she tell u this tho

**aidenb.aker (1496818798)**

☐ Received

2/24/2020 4:03:46 AM

send more photos



**callief95 (2953161520)**

☐ Sent

2/24/2020 4:03:48 AM

**callief95 (2953161520)**

☐ Sent

2/24/2020 4:03:51 AM

That's her

CONFIDENTIAL DISCOVERY_CASH OTRADOVEC_720



a▮▮▮▮ (1496818798)  Received  2/24/2020 4:04:47 AM

u can send her this one

a▮▮▮▮ (1496818798)  Received  2/24/2020 4:04:56 AM

for more of hers

a▮▮▮▮ (1496818798)  Received  2/24/2020 4:04:59 AM

before i pass out

a▮▮▮▮ (1496818798)  Received  2/24/2020 4:05:17 AM

it's a bad pic

callief95 (2953161520)  Sent  2/24/2020 4:05:23 AM



CONFIDENTIAL DISCOVERY_CASH OTRADOVEC_722

> Lol okay

**a▇ (1496818798)** — Received — 2/24/2020 4:05:31 AM
but i'm not looking down my camera roll

> **callief95 (2953161520)** — Sent — 2/24/2020 4:05:39 AM
> If you think it's bad then send better ones

**a▇ (1496818798)** — Received — 2/24/2020 4:05:47 AM
eh don't send it

**a▇ (1496818798)** — Received — 2/24/2020 4:05:49 AM
she's cute

**a▇ (1496818798)** — Received — 2/24/2020 4:05:51 AM
i'll talk to her

**a▇ (1496818798)** — Received — 2/24/2020 4:05:56 AM
but i'm probably gonna sleep soon

**a▮ (1496818798)**

Received
2/24/2020 9:25:47 PM

deadass?

**callief95 (2953161520)**

Sent
2/24/2020 9:26:47 PM

Ya? Why wouldn't she be?

**a▮ (1496818798)**

Received
2/24/2020 9:27:01 PM

well how old is she

**callief95 (2953161520)**

Sent
2/24/2020 9:27:44 PM

She's 22 as well

**a▮ (1496818798)**

Received
2/24/2020 9:27:52 PM

yeah lmao

**a▮ (1496818798)**

Received
2/24/2020 9:27:54 PM

I'm 16

**a▮ (1496818798)**

Received
2/24/2020 9:27:59 PM

and she wnats to talk to me

**a▮▮▮ (1496818798)** — Received — 2/24/2020 9:28:01 PM

like damn

**callief95 (2953161520)** — Sent — 2/24/2020 9:29:54 PM

I'm talking to you and there's nothing wrong with that 😊

**a▮▮▮ (1496818798)** — Received — 2/24/2020 9:30:06 PM

ok but she called me cute

**callief95 (2953161520)** — Sent — 2/24/2020 9:30:26 PM

You can call a baby cute too lol, and she didn't know you're 16

**a▮▮▮ (1496818798)** — Received — 2/24/2020 9:31:11 PM

ok but she thought she would be taking to someone older

**callief95 (2953161520)** — Sent — 2/24/2020 9:32:06 PM

You're way overthinking this lol

**callief95 (2953161520)** — Sent — 2/24/2020 9:32:15 PM

CONFIDENTIAL DISCOVERY_CASH OTRADOVEC_730



CONFIDENTIAL DISCOVERY_CASH OTRADOVEC_733

 **(1496818798)**

Received
2/26/2020 1:21:54 AM

so what do i say

**callief95 (2953161520)**

Sent
2/26/2020 1:22:16 AM

Idk bc I'd need to see what you were talking about or saying 😂😂😂

**callief95 (2953161520)**

Sent
2/26/2020 1:23:14 AM

Just be up front and say you don't want to show your dick. Apologize for taking her nudes and not sending any back, but suggest you can send something else

**(1496818798)**

Received
2/26/2020 1:23:53 AM

send like what

**callief95 (2953161520)**

Sent
2/26/2020 1:24:21 AM

Idk, underwear only? It depends on what you're comfortable with and she will accept

**(1496818798)**

Received
2/26/2020 1:25:46 AM

bruh

**(1496818798)**

Received
2/26/2020 1:25:50 AM

 **(1496818798)**   ☐ Received
2/26/2020 1:32:21 AM

yeah

**callief95 (2953161520)**   ☐ Sent
2/26/2020 1:32:48 AM

Send her something not nude. You were already trying to get me to send her something like that of you

 **(1496818798)**   ☐ Received
2/26/2020 1:33:24 AM

i already did

**(1496818798)**   ☐ Received
2/26/2020 1:33:27 AM

it didn't do anything

**callief95 (2953161520)**   ☐ Sent
2/26/2020 1:33:34 AM

That's why just underwear are a good idea. She doesn't get you nude and you still send something

**callief95 (2953161520)**   ☐ Sent
2/26/2020 1:34:26 AM

Just ask her ffs😊 if she doesn't want that then say she gets nothing

CONFIDENTIAL DISCOVERY_CASH OTRADOVEC_775